UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY
CENTRAL DIVISION
(at Lexington)
CIVIL ACTION NO.: 5:21-CV-00050-DCR

BRIAN ELKINS                                                                                    PLAINTIFF,

VS.                         RESPONSE TO SHOW CAUSE ORDER

EXTREME PRODUCTS GROUP, LLC, ET AL.                          DEFENDANTS.

\* \* \* \* \* \* \* \* \*

Comes the Plaintiff, Brian Elkins, by counsel, in response to the Show Cause Order entered on 03/29/2022. As support for his response, Plaintiff states the following:

Plaintiff does not dispute Extreme Products Group, LLC's conclusion that Elite Fitness is not a separate company but instead is a brand name used by their company. Plaintiff is no longer pursuing a claim against Elite Fitness.

        Respectfully submitted,

        MORRIN LAW OFFICE

        */s/ Robert A. Morrin*
        Robert A. Morrin (KBA #94368)
        214 West Main Street
        Richmond, KY 40475
        (859) 358-0300
        morrinlaw@gmail.com
        *Counsel for Plaintiff*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed electronically with the Clerk of the Court using the CM/EFC system which will send Notice of electronic filing to the following:

Steven Call
Nunery & Call, PLLC
225 East First Street

Justin Baxter
Donald Miller
2452 Sir Barton Way, Suite 300
Lexington, KY 40509

This 30th day of March, 2022.

*/s/ Robert A. Morrin*_____
Hon. Robert A. Morrin
Morrin Law Office
*Counsel for Plaintiff*

2