UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| BRIAN ELKINS, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 5: 21-050-DCR |
| V. | ) ) | |
| EXTREME PRODUCTS GROUP, LLC, | ) ) | **JUDGMENT** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Orders entered June 2, 2021, January 9, 2022, and March 29, 2022 [Record Nos. 32, 64, 70], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of the defendants with respect to the claims asserted in this action by Plaintiff Brian Elkins.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: March 30, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky